UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID POSES,

                    Plaintiff,

              -against-

HEALTH CARE NAVIGATOR LLC, PRVT, INC., THE TUNNEY EXPERIENCE MARKETING COMPANY, LLC, APRICITY RESOURCES, LLC, and HARRIS SCHWARTZBERG,

                    Defendants.

Case No. 7:19-cv-08075-NSR

**STIPULATION WAIVING SERVICE OF SUMMONS**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for plaintiff David Poses and defendants Health Care Navigator LLC, PRVT, Inc., The Tunney Experience Marketing Company, LLC, Apricity Resources, LLC, and Harris Schwartzberg that:

      1.     Defendants agree to save the expense of serving a summons and complaint in this case.

      2.     Defendants shall keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but hereby waive any objections to the absence of a sufficient summons or of service.

      3.     Defendants shall file and serve an answer or a motion under Rule 12 on or before October 29, 2019, which is 60 days from the date that plaintiff's request to waive service of a summons was sent.

      4.     Facsimile and scanned signatures will be treated as originals, and this document may be submitted to the Court with facsimile and scanned signatures.

2

Dated:  September 4, 2019

By: _____
Gary Trachten
David N. Saponara
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, 68th Floor
New York, New York 10118
Tel: (212) 868-1010

*Attorneys for Plaintiff*

By: _____
Michael Arnold
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
Tel: (212) 692-6866

*Attorneys for Defendants*